AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* VIVRE

was received by me on *(date)* 10/17/17 .

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* L. ALONZO , who is designated by law to accept service of process on behalf of *(name of organization)* ARIZONA CORPORATION COMMISSION on *(date)* 11/17/17 ; or

☐ I returned the summons unexecuted because ____________ ; or

☐ Other *(specify):*

My fees are $ ______ for travel and $ ______ for services, for a total of $ ~~0.00~~ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 11/20/17

[signature]

*Server's signature*

CAMERON SANATI - ARIZONA CERTIFIED PROCESS SERVER #7752

*Printed name and title*

18444 N. 25TH AVE #420 PHOENIX, AZ 85023

*Server's address*

Additional information regarding attempted service, etc:

CORPORATIONS DIVISION
RECORDS SECTION
1300 West Washington
Phoenix, Arizona 85007-2929

User Id: LALONZO
Invoice No.: 5531626

ATTN:
(CASH CUSTOMER)

Check Batch:
Invoice Date: 11/17/2017
Date Received: 11/17/2017
Customer No.:

| Quantity | Description | | Amount |
|---|---|---|---|
| 1 | SERVICE OF PROCESS -1744351-6 VIVRE | | $25.00 |
| | | Total Documents: $ | 25.00 |
| | PAYMENT CREDIT CARD 2615 | | $25.00 |
| | | Balance Due: $ | 0.00 |